**ORIGINAL**

AO 120 (Rev. 3/04)

C07 03004 JL

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF | | DEFENDANT |
| Ronald A. Katz Technology Licensing, L.P.<br>9220 Sunset Blvd., Ste. 315<br>Los Angeles, CA 90069 | | Bank of the West, et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,792,968 | 12/20/1988 | Ronald A. Katz Technology Licensing, L.P. |
| 2 | 4,930,150 | 5/29/1990 | Ronald A. Katz Technology Licensing, L.P. |
| 3 | 5,048,075 | 9/10/1991 | Ronald A. Katz Technology Licensing, L.P. |
| 4 | 5,109,404 | 4/29/1992 | Ronald A. Katz Technology Licensing, L.P. |
| 5 | 5,128,984 | 7/7/1992 | Ronald A. Katz Technology Licensing, L.P. |

see attached sheet

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

| PATENT NO. | DATE OF PATENT | HOLDER OF PATENT |
|---|---|---|
| 5,251,252 | 10/05/1993 | Ronald A. Katz Technology Licensing, L.P. |
| 5,255,309 | 10/19/1993 | Ronald A. Katz Technology Licensing, L.P. |
| 5,259,023 | 11/02/1993 | Ronald A. Katz Technology Licensing, L.P. |
| 5,351,285 | 09/27/1994 | Ronald A. Katz Technology Licensing, L.P. |
| 5,561,707 | 10/01/1996 | Ronald A. Katz Technology Licensing, L.P. |
| 5,684,863 | 11/04/1997 | Ronald A. Katz Technology Licensing, L.P. |
| 5,787,156 | 07/28/1998 | Ronald A. Katz Technology Licensing, L.P. |
| 5,815,551 | 09/29/1998 | Ronald A. Katz Technology Licensing, L.P. |
| 5,828,734 | 10/27/1998 | Ronald A. Katz Technology Licensing, L.P. |
| 5,835,576 | 11/10/1998 | Ronald A. Katz Technology Licensing, L.P. |
| 5,898,762 | 04/27/1999 | Ronald A. Katz Technology Licensing, L.P. |
| 5,917,893 | 06/29/1999 | Ronald A. Katz Technology Licensing, L.P. |
| 5,974,120 | 10/26/1999 | Ronald A. Katz Technology Licensing, L.P. |
| 6,035,021 | 03/07/2000 | Ronald A. Katz Technology Licensing, L.P. |
| 6,044,135 | 03/28/2000 | Ronald A. Katz Technology Licensing, L.P. |
| 6,148,065 | 11/14/2000 | Ronald A. Katz Technology Licensing, L.P. |
| 6,335,965 | 01/01/2002 | Ronald A. Katz Technology Licensing, L.P. |
| 6,349,134 | 02/19/2002 | Ronald A. Katz Technology Licensing, L.P. |
| 6,434,223 | 08/13/2002 | Ronald A. Katz Technology Licensing, L.P. |
| 6,512,415 | 01/28/2003 | Ronald A. Katz Technology Licensing, L.P. |
| 6,570,967 | 05/27/2003 | Ronald A. Katz Technology Licensing, L.P. |

| PATENT NO. | DATE OF PATENT | HOLDER OF PATENT |
|---|---|---|
| 6,678,360 | 01/13/2004 | Ronald A. Katz Technology Licensing, L.P. |