COOLEY GODWARD KRONISH LLP
Stephen C. Neal (State Bar No. 170085)
*nealsc@cooley.com*
Linda F. Callison (State Bar No. 167785)
*lcallison@cooley.com*
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., and PACIFICORP <br><br> Defendants. | Case No.  3:07-cv-03004 JL <br><br> **NOTICE OF RELATED ACTIONS** <br><br> Jury Trial Demanded |

Plaintiff Ronald A. Katz Technology Licensing, L.P. hereby notifies the Court of related actions that were filed at or around the same time as the instant action.  This notice is being filed to provide the Court with a comprehensive list of all related cases.  Attached as Exhibit A is a list of all cases that are part of the multidistrict litigation pending in the Central District of California.  Attached as Exhibit B is a list of all newly-filed actions.  Plaintiff has filed a Notice of Potential Tag-along Actions with the Judicial Panel on Multidistrict Litigation with regard to the recently filed actions.

1  Dated: June 19, 2007    Respectfully submitted,

2              COOLEY GODWARD KRONISH LLP

3

4              By:         /s/
                        Linda F. Callison
5
   *Attorney for Plaintiff*
6  *Ronald A. Katz Technology Licensing, L.P.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.              **NOTICE OF RELATED ACTIONS**
                **CASE NO. 3:07-CV-03004 JL**