**EXHIBIT A**
**ACTIONS PENDING IN MULTIDISTRICT LITIGATION**
**(2:07-ml-01816-RGK-FFM)**

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. Reliant Energy, Inc., et al.* <br> Case No. 2:07-cv-02096 | Pending in Central District of California <br> Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. TD Banknorth Inc., et al* <br> Case No. 2:07-cv-02099 | Pending in Central District of California <br> Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. Ahold USA, Inc.* <br> Case No. 2:07-cv-02101 | Pending in Central District of California <br> Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable, Inc., et al* <br> Case No. 2:07-cv-02134 | Pending in Central District of California <br> Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. American International Group, Inc., et al* <br> Case No. 2:07-cv-02192 | Pending in Central District of California <br> Filed in District of Delaware |
| *CVS Corp. v. Ronald A. Katz Technology Licensing, et al* <br> Case No. 2:07-cv-03002 | Pending in Central District of California <br> Filed in District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. American Airlines, Inc., et al* <br> Case No. 2:07-cv-02196 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Aetna Inc., et al* <br> Case No. 2:07-cv-02213 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Citibank N.A., et al* <br> Case No. 2:07-cv-02220 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Discover Financial Services Inc., et al* <br> Case No. 2:07-cv-02250 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Genesys Conferencing Inc., et al* <br> Case No. 2:07-cv-02254 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. American Electric Power Company Inc., et al* <br> Case No. 2:07-cv-02257 | Pending in Central District of California <br> Filed in Eastern District of Texas |

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. Chevron Corp., et al*<br>Case No. 2:07-cv-02295<br>Consolidated Case No. 2:07-ml-01816-RGK-FFM | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Cox Communications, Inc., et al*<br>Case No. 2:07-cv-02299 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. DirecTV Group, Inc., et al*<br>Case No. 2:07-cv-02322 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Earthlink Inc.*<br>Case No. 2:07-cv-02325 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Tracfone Wireless Inc.*<br>Case No. 2:07-cv-02326 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Ford Motor Co.*<br>Case No. 2:07-cv-2327 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Cullen/Frost Bankers Inc.*<br>Case No. 2:07-cv-2328 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. GE Capital Corp., et al*<br>Case No. 2:07-cv-02336 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. General Motors Corp., et al*<br>Case No. 2:07-cv-02339 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Humana Inc., et al*<br>Case No. 2:07-cv-2340 | Pending in Central District of California<br>Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Regions Financial Corp., et al*<br>Case No. 2:07-cv-2356 | Pending in Central District of California<br>Filed in Eastern District of Texas |

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. Safeco Insurance Co. of America, et al* <br> Case No. 2:07-cv-2358 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. U.S. Bancorp, et al* <br> Case No. 2:07-cv-02360 | Pending in Central District of California <br> Filed in Eastern District of Texas |
| *CVS Corp. v. Ronald A. Katz Technology Licensing, L.P.* <br> Case No. 2:07-cv-03002 | Pending in Central District of California <br> Filed in Eastern District of Texas |