**EXHIBIT B**
**NEWLY-FILED KATZ ACTIONS**

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. Continental Airlines, Inc., et al* <br> Case No. 2:07-cv-00232-DF | Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. CMS Energy Corporation, et al* <br> Case No. 2:07-cv-12459 | Eastern District of Michigan |
| *Ronald A. Katz Technology Licensing, L.P. v. Consolidated Edison Company of New York, Inc., et al* <br> Case No. 1:07-cv-05392-RMB | Southern District of New York |
| *Ronald A. Katz Technology Licensing, L.P. v. Citizens Bank, et al* <br> Case No. 1:07-cv-00210-ML-LDA | District of Rhode Island |
| *Ronald A. Katz Technology Licensing, L.P. v. Colonial Bank, N.A., et al* <br> Case No. 6:07-cv-260 | Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. BMG Columbia House, Inc., et al* <br> Case No. 2:07-cv-237 | Eastern District of Texas |
| *Ronald A. Katz Technology Licensing, L.P. v. Bank of the West, et al* <br> Case No. 3:07-cv-03004-JL | Northern District of California |
| *Ronald A. Katz Technology Licensing, L.P. v. EchoStar Communications Corp, et al* <br> Case No. 4:07-cv-03151 WDB | Northern District of California |
| *Ronald A. Katz Technology Licensing, L.P. v. Citizens Communications Co., et al* <br> Case No. 1:07-cv-00368-UNA | District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. First Hawaiian Bank, et al* <br> Case No. CIV 07-314-SPK-KSC | District of Hawaii |
| *Ronald A. Katz Technology Licensing, L.P. v. Exelon Corp., et al* <br> Case No. 1:07-cv-03235 | Northern District of Illinois |
| *Ronald A. Katz Technology Licensing, L.P. v. Cincinnati Bell, Inc., et al* <br> Case No. 1:07-cv-1706-SO | Northern District of Ohio |
| *Ronald A. Katz Technology Licensing, L.P. v. Dominion Resources, Inc., et al* <br> Case No. 2:07-cv-00263-HCM | Eastern District of Virginia |

| CASE NAME | DISTRICT |
|---|---|
| *Ronald A. Katz Technology Licensing, L.P. v. Ameren Corp. and Union Electric Company d/b/a AmerenUE* <br> Case No. 4:07-cv-01083 | Eastern District of Missouri |
| *Ronald A. Katz Technology Licensing, L.P. v. Comcast Corp., et al.* <br> Case No. 1:07-cv-00361 | District of Delaware |
| *Ronald A. Katz Technology Licensing, L.P. v. Fifth Third Bancorp, et al.* <br> Case No. 1:07-cv-00451 | Southern District of Ohio |
| *Ronald A. Katz Technology Licensing, L.P. v. New York Life Insurance Company, et al.* <br> Case No. 1:07-cv-05442 NRB | Southern District of New York |
| *Ronald A. Katz Technology Licensing, L.P. v. OGE Energy Corp. and Oklahoma Gas and Electric Company* <br> Case No. 5:07-cv-00650 JH | Western District of Oklahoma |
| *Ronald A. Katz Technology Licensing, L.P. v. Old National Bancorp and Old National Bank* <br> Case No. 1:07-cv-00716 | Southern District of Indiana |
| *Ronald A. Katz Technology Licensing, L.P. v. PPL Corporation, et al.* <br> Case No. 2:07-cv-02313 JS | Eastern District of Pennsylvania |
| *Ronald A. Katz Technology Licensing, L.P. v. Progress Energy, Inc., et al* <br> Case No. 5:07-cv-00202 BO | Eastern District of North Carolina |
| *Ronald A. Katz Technology Licensing, L.P. v. Public Service Enterprise Group Incorporated, et al* <br> Case No. 2:07-cv-02658 | District of New Jersey |
| *Ronald A. Katz Technology Licensing, L.P. v. Sierra Pacific Resources, et al* <br> Case No. 2:07-cv-00737 | District of Nevada |
| *Ronald A. Katz Technology Licensing, L.P. v. The Southern Company, et al* <br> Case No. 1:07-cv-01325-CAP | Northern District of Georgia |
| *Ronald A. Katz Technology Licensing, L.P. v. TXU Corp., et al* <br> Case No. 2:07-cv-233 TJW | Eastern District of Texas |