# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of 18 years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155. On June 19, 2007, I served the following documents on the parties listed below in the manner(s) indicated:

**NOTICE OF RELATED ACTIONS**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelopes with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

| PARTY | ADDRESS SERVED |
| --- | --- |
| BANK OF THE WEST | C T Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 |
| KAISER FOUNDATION HEALTH PLAN, INC. | c/o The Prentice-Hall Corporation System<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 |

| | |
|---|---|
| KAISER FOUNDATION HOSPITALS, INC. | The Prentice-Hall Corporation System<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 |
| PACIFICORP | C T Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 |
| PERMANENTE COMPANY, LLC, THE | Pauline Fox<br>One Kaiser Plaza, 27th Floor<br>Oakland, CA 94612 |
| PERMANENTE FEDERATION, LLC, THE | Pauline Fox<br>One Kaiser Plaza, 27th Floor<br>Oakland, CA 94612 |
| PERMANENTE MEDICAL GROUP, INC., THE | W. William Petrick<br>1950 Franklin Street<br>Oakland, CA 94612 |

Executed on June 19, 2007, at Palo Alto, California.

_____
Nina S. Kramer

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

755223 v1/PA

2.

POS FOR NOT OF RELATED ACTIONS
CASE NO. 37-CV-03004 JL