UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ronald A. Katz Technology Licensing, L.P.,

No. C 07-03004 JL

Plaintiff(s),

v.

Bank of the West, Kaiser Foundation Hospitals, Inc., et al.

Defendant(s).

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/29/07

Signature _____

Counsel for Kaiser Foundation Hospitals
(Plaintiff, Defendant, or indicate "pro se")