UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD A. KATZ TECHNOLOGY LICENSING,L.P.

   Plaintiff(s),       No. 07-03004 JL

  v.            NOTICE OF IMPENDING
                REASSIGNMENT TO A UNITED
                <u>STATES DISTRICT COURT JUDGE</u>

BANK OF THE WEST, ET AL

    Defendant(s).
_____/

   The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**  (1)  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

   The **CASE MANAGEMENT CONFERENCE** previously scheduled for September 12, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: July 2, 2007

               Richard W. Wieking, Clerk
               United States District Court

               *Wings Hom*
               _____
               By: Wings Hom, Deputy Clerk