**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

| Richard W. Wieking | General Court Number |
|---|---|
| Clerk | 415.522.2000 |

**July 3, 2007**

CASE NUMBER:  CV 07-03004 JL
CASE TITLE:  RONALD A. KATZ TECHNOLOGY LICENSING,L.P.-v-BANK OF THE WEST, ET AL

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable** MARTIN J. JENKINS  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MJJ**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/3/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
|---|---|
| Log Book Noted | Entered in Computer 73/07AS |

CASE SYSTEMS ADMINISTRATOR:
| Copies to:  All Counsel | Transferor CSA |
|---|---|