| | |
|---|---|
| 1 | Michael J. Stimson (SBN #224817) *(Application in progress)* |
| | Helen Chae MacLeod (SBN #206618) |
| 2 | HOWREY LLP |
| | 2020 Main Street, Suite 1000 |
| 3 | Irvine, CA 92614 |
| | Telephone: 949.721.6900 |
| 4 | Facsimile:  949.721.6910 |
| | Email:  stimsonm@howrey.com |
| 5 | Email:  macleodh@howrey.com |

Michael J. Stimson (SBN #224817) *(Application in progress)*
Helen Chae MacLeod (SBN #206618)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: 949.721.6900
Facsimile:  949.721.6910
Email:  stimsonm@howrey.com
Email:  macleodh@howrey.com

Matthew J. Moore *(Pro hac vice application in progress)*
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.783.0800
Facsimile:  202.383.6610
Email:  moorem@howrey.com

Attorneys for Defendant
PACIFICORP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., and PACIFICORP <br><br> Defendants. | Case No. C07 03004 JL <br><br> **PACIFICORP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, PURSUANT TO N.D. CAL. CIVIL LOCAL RULE 3-16** |

-1-
PACIFICORP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,
PURSUANT TO N.D. CAL. CIVIL LOCAL RULE 3-16; Case No. C07 03004 JL

DM_US:20558182_1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in the controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    MidAmerican Energy Holdings Company – PacifiCorp

    PPW Holdings LLC – PacifiCorp

    Berkshire Hathaway – PacifiCorp.

Date: July 3, 2007                        Respectfully submitted,

/S/ Helen Chae MacLeod
Helen Chae MacLeod (SBN #206618)
Michael J. Stimson (SBN #224817) *(Application in progress)*
**HOWREY LLP**
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: 949-721-6900
Facsimile: 475-721-6910
Email: macleodh@howrey.com
Email: stimsonm@howrey.com

Matthew J. Moore *(Pro hac vice application in progress)*
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Facsimile: 202-383-6610
Email: moorem@howrey.com

*Attorneys for Defendant and Counterclaim Plaintiff*
PACIFICORP

The electronic filer hereby attests that the individual whose name appears below has signed this document. *See* General Order 45, Section X.

-2-
PACIFICORP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,
PURSUANT TO N.D. CAL. CIVIL LOCAL RULE 3-16; Case No. C07 03004 JL

DM_US:20558182_1