1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RICHARD H. ZAITLEN (SBN 63283)
2  richard.zaitlen@pillsburylaw.com
   STEPHEN BYERS (SBN 223330)
3  sbyers@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA 90017-5406
   Telephone:    (213) 488-7100
5  Facsimile:    (213) 629-1033

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   COLIN T. KEMP (SBN 215408)
7  colin.kemp@pillsburylaw.com
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA  94120-7880
9  Telephone:    (415) 983-1000
   Facsimile:    (415) 983-1200
10
   Attorneys for Defendant,
11 BANK OF THE WEST

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

| | |
|---|---|
| 16  RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | Case No. C 07-03004 JL |
| 17 | E-FILING |
| 18              Plaintiff, | |
| | JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (L.R. 6-1(a) |
| 19         vs. | |
| 20  BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, | |
| 21  INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, | |
| 22  LLC, THE PERMANENTE MEDICAL GROUP, INC., and PACIFICORP, | |
| 23 | |
| 24              Defendants. | |

25

26

27

28

1  Pursuant to Northern District L.R. 6-1(a), plaintiff <u>RONALD A. KATZ</u>
2  <u>TECHNOLOGY LICENSING L.P.</u> ("Katz") and defendant <u>BANK OF THE WEST</u>
3  ("Bank") HEREBY STIPULATE that the Bank shall have up to and including August 5,
4  2007 to answer or otherwise respond to Katz's complaint.

5  Dated: July 5, 2007.

PILLSBURY WINTHROP
    SHAW PITTMAN LLP
RICHARD H. ZAITLEN (SBN 63283)
STEPHEN BYERS (SBN 223330)
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

PILLSBURY WINTHROP
    SHAW PITTMAN LLP
COLIN T. KEMP (SBN 215408)
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By   //s//  Colin T. Kemp
    Attorneys for Defendant BANK OF THE WEST

Dated: July 5, 2007.

COOLEY GODWARD KRONISH LLP
Jeffrey T. Norberg (SBN 215087)
Palo Alto Square Bldg.
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

By   //s//  Jeffrey T. Norberg
    Attorneys for Plaintiff RONALD A. KATZ TECHNOLOGY LICENSING L.P.

1 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2    I, COLIN T. KEMP, hereby declare pursuant to General Order 45, § X.B, that I
3 have obtained the concurrence in the filing of this document from the signatory listed
4 below.

5    I declare under penalty of perjury that the foregoing declaration is true and correct.
6 Executed on July 5, 2007, at San Francisco, California.

7
                                            __//s//  Colin T. Kemp_____
8

9

10                                          COOLEY GODWARD KRONISH LLP
                                            Jeffrey T. Norberg (SBN 215087)
11                                          Palo Alto Square Bldg.
                                            Five Palo Alto Square
12                                          3000 El Camino Real
                                            Palo Alto, CA 94306-2155
13

14                                          By __//s//  Jeffrey T. Norberg_____
                                              Attorneys for Plaintiff RONALD A. KATZ
15                                            TECHNOLOGY LICENSING L.P.

16

17

18

19

20

21

22

23

24

25

26

27

28