1 | RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
2 | CHARLES S. BARQUIST (CA SBN 133785)
CBarquist@mofo.com
3 | MICHAEL W. VELLA (CA SBN 151796)
mvella@mofo.com
4 | JASON A. CROTTY (CA SBN 196036)
jcrotty@mofo.com
5 | MORRISON & FOERSTER LLP
425 Market Street
6 | San Francisco, CA 94105-2482
Telephone: (415) 268-7000
7 | Facsimile: (415) 268-7522

8 | Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., KAISER
9 | FOUNDATION HOSPITALS, INC., THE PERMANENTE
COMPANY, LLC, THE PERMANENTE FEDERATION, LLC,
10 | THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | Case No.   C0703004 JL |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, AND THE PERMANENTE MEDICAL GROUP, INC.** |
| v. | |
| BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., AND PACIFICCORP, | |
| Defendants. | Judge: Honorable Richard W. Wieking |

Pursuant to Civil Local Rule Rule 6-1(a), Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Inc., The Permanente Company, LLC, The Permanente Federation, LLC, and The Permanente Medical Group, Inc., ("Kaiser"), through their respective counsel of records, hereby

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT, CASE NO. C0703004 JL     1
sd-382019

stipulate to extend Kaiser's deadline to respond to Plaintiff's complaint to August 8, 2007.  This stipulation does not alter the date of any hearing or conference set by the court and the parties do not waive any rights by making this Stipulation.

Dated: July 5, 2007                                             Dated: July 5, 2007

By:_____/s/_____                                  By:_____/s/_____
    JASON A. CROTTY                                        JEFFREY NORBERG
    MORRISON & FOERSTER LLP                      COOLEY GODWARD KRONISH LLP

    Attorney for Defendants                                  Attorney for Plaintiff
    KAISER FOUNDATION HEALTH                  RONALD A. KATZ TECHNOLOGY
    PLAN, INC., KAISER FOUNDATION              LICENSING, L.P.
    HOSPITALS, INC., THE
    PERMANENTE COMPANY, LLC,
    THE PERMANENTE FEDERATION,
    LLC, AND THE PERMANENTE
    MEDICAL GROUP, INC.

### ATTESTATION OF SIGNATURE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:_____/s/_____
    JASON A. CROTTY
    MORRISON & FOERSTER LLP