| Attorney or Party without Attorney: <br> COOLEY GODWARD KRONISH, LLP <br> 11951 FREEDOM DRIVE <br> RESTON, VA 20190 <br> Telephone No: 703-456-8000 <br><br> Attorney for: Plaintiff | | | Ref. No. or File No.: | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | | | |
| Plaintiff: RONALD A. KATZ TECHNOLOGY LICENSING, L. P. | | | | |
| Defendant: BANK OF THE WEST, et al. | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0703004 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR PACKET.

3. a. Party served:   BANK OF THE WEST- C/O CT CORPORATION SYSTEM; AGENT FOR SERVICE OF PROCESS
   b. Person served:  JESSICA CHAVEZ- PROCESS SPECIALIST

4. Address where the party was served:   818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 14, 2007 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BANK OF THE WEST- C/O CT CORPORATION SYSTEM; AGENT FOR SERVICE OF PROCESS
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. HAKOP JACK DEMIRCHYAN
   b. COUNTRYWIDE PROCESS, LLC
      5437 LAUREL CANYON BLVD. #112
      VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $70.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   4475
      (iii) County:              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Jun. 15, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(HAKOP JACK DEMIRCHYAN)
200740037.cookro.40741

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

Ronald A. Katz Technology Licensing, L.P.

V.

Bank of the West, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**C07  03004  JL**

TO: (Name and address of Defendant)

Bank of the West
c/o C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda F. Callison
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                              JUN 0 8 2007
CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.