RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
CHARLES S. BARQUIST (CA SBN 133785)
CBarquist@mofo.com
MICHAEL W. VELLA (CA SBN 151796)
mvella@mofo.com
JASON A. CROTTY (CA SBN 196036)
jcrotty@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., AND PACIFICCORP, <br><br> Defendants. | Case No.   CV-07-03004 MJJ <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Hon. Martin J. Jenkins |

TO PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P. ("RAKTL") AND ITS COUNSEL OF RECORD AND THE COURT:

1    Pursuant to Civil L.R. 3-12(b) and 7-11, Defendants Kaiser Foundation Health Plan, Inc.,
2  Kaiser Foundation Hospitals, Inc., The Permanente Company, LLC, The Permanente Federation,
3  LLC, and The Permanente Medical Group, Inc., ("Kaiser"), through their counsel of records,
4  request the Court to relate the case titled *Ronald A. Katz Technology Licensing, L.P. v. EchoStar*
5  *Communications Corp. and EchoStar Satellite L.L.C.*, Case No. 4:07-cv-03151 WDB, U.S.
6  District Court for the Northern District of California, Oakland Division, filed June 14, 2007, to
7  the above-captioned action, which is titled *Ronald A. Katz Tech. Licensing, L.P. v. Bank of the*
8  *West*, Case No. CV-07-03004 MJJ, filed June 8, 2007.
9    Pursuant to Local Rule 3-12(a), *EchoStar* is related to the current matter because: (1) the
10  actions concern substantially the same parties and property; and (2) it appears likely that there
11  will be an unduly burdensome duplication of labor and expense or conflicting results if the cases
12  are conducted before different Judges. The actions concern the same parties because the Plaintiff
13  in each of these patent infringement cases is the same entity, Ronald A. Katz Technology
14  Licensing, L.P ("RAKTL"). The actions concern the same property because sixteen of the
15  nineteen patents-at-issue in *EchoStar* are also patents-at-issue in this matter, including patents
16  '150, '404, '984, '285, '707, '863, '551, '734, '762, '893, '120, '065, '965, '134, '223, and '360. The
17  actions concern allegedly infringing products that may be similar as well: in *EchoStar* RAKTL
18  alleges infringement on the part of EchoStar's "automated telephone systems, including without
19  limitation the DISH Network customer service telephone system, that allow their customers to
20  perform pay-per-view ordering and customer service functions over the telephone," while in the
21  current matter RAKTL alleges infringement by Defendants' "automated telephone systems,
22  including but without limitation customer service systems to [perform certain services] and/or
23  obtain other services over the telephone." *EchoStar* Complaint ¶ 42 (attached as Ex. 1 to
24  Declaration of Jason A. Crotty In Support Of Administrative Motion to Relate Cases ("Crotty
25  Decl.")); *Bank of the West* Complaint ¶¶ 57, 64 (Crotty Decl., Ex. 2).
26    Conducting these two patent infringement cases before different Judges would cause an
27  unduly burdensome duplication of labor and expense or conflicting results. RAKTL filed the
28  current matter on June 8, 2007, almost a week before RAKTL filed *EchoStar* on June 14, 2007.

1  *EchoStar* should be therefore be assigned to the current matter's Judge Martin J. Jenkins, to
2  conserve judicial resources and promote an efficient determination of both actions.
3       Accordingly, Kaiser requests that this Court enter an order relating the *EchoStar* action,
4  Case No. 4:07-cv-03151 WDB, to the current matter, Case No. CV-07-03004 MJJ.

5  Dated: July 6, 2007          By: _____/s/_____

6                                   JASON A. CROTTY
                                    MORRISON & FOERSTER LLP
7
                                    Attorney for Defendants
8                                   KAISER FOUNDATION HEALTH PLAN, INC.,
                                    KAISER FOUNDATION HOSPITALS, INC.,
9                                   THE PERMANENTE COMPANY, LLC,
                                    THE PERMANENTE FEDERATION, LLC, AND
10                                  THE PERMANENTE MEDICAL GROUP, INC.

ADMINISTRATIVE MOTION TO RELATE CASES, CASE NO. C0703004 MJJ                                    3

sd-382596