RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
CHARLES S. BARQUIST (CA SBN 133785)
CBarquist@mofo.com
MICHAEL W. VELLA (CA SBN 151796)
mvella@mofo.com
JASON A. CROTTY (CA SBN 196036)
jcrotty@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., AND PACIFICCORP,<br><br>Defendants. | Case No.   CV-07-03004 MJJ<br><br>**DECLARATION OF JASON A. CROTTY IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Hon. Martin J. Jenkins |

DECLARATION OF JASON A. CROTTY ISO MOTION TO RELATE CASES, CASE NO. C0703004 MJJ       1
sd-382797

# DECLARATION

I, Jason A. Crotty, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner at the law firm of Morrison & Foerster LLP, and counsel for Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Inc., The Permanente Company, LLC, The Permanente Federation, LLC, and The Permanente Medical Group, Inc. ("Kaiser") in the action captioned, *Ronald A. Katz Tech. Licensing, L.P. v. Bank of the West*, Case No. CV-07-03004 MJJ.

2. I have personal knowledge of the matters stated in this declaration. I could and would testify competently about the following if called to do so.

3. Ronald A. Katz Technology Licensing, L.P. ("RAKTL") filed the *Bank of the West* action on June 8, 2007.

4. RAKTL filed *Ronald A. Katz Technology Licensing, L.P. v. EchoStar Communications Corp. and EchoStar Satellite L.L.C.*, Case No. 4:07-cv-03151 WDB, in the U.S. District Court for the Northern District of California, Oakland Division, on June 14, 2007.

5. Attached as Exhibit 1 to this Declaration is a true and correct copy of RAKTL's complaint filed in the *EchoStar* action, styled, "Plaintiff Ronald A. Katz Technology Licensing, L.P.'s Complaint for Patent Infringement and Demand for Jury Trial."

6. Attached as Exhibit 2 to this Declaration is a true and correct copy of RAKTL's complaint filed in the *Bank of the West* action, styled, "Plaintiff Ronald A. Katz Technology Licensing, L.P.'s Complaint for Patent Infringement and Demand for Jury Trial."

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco, California on July 6, 2007.

By: _____/s/_____

JASON A. CROTTY
MORRISON & FOERSTER LLP

Attorney for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, INC.,
THE PERMANENTE COMPANY, LLC,
THE PERMANENTE FEDERATION, LLC, AND
THE PERMANENTE MEDICAL GROUP, INC.