1 | RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
2 | CHARLES S. BARQUIST (CA SBN 133785)
CBarquist@mofo.com
3 | MICHAEL W. VELLA (CA SBN 151796)
mvella@mofo.com
4 | JASON A. CROTTY (CA SBN 196036)
jcrotty@mofo.com
5 | MORRISON & FOERSTER LLP
425 Market Street
6 | San Francisco, CA 94105-2482
Telephone: (415) 268-7000
7 | Facsimile:  (415) 268-7522

8 | Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., KAISER
9 | FOUNDATION HOSPITALS, INC., THE PERMANENTE
COMPANY, LLC, THE PERMANENTE FEDERATION, LLC,
10 | THE PERMANENTE MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., AND PACIFICCORP, <br><br> Defendants. | Case No.   CV-07-03004 MJJ <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** <br><br> Hon. Martin J. Jenkins |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES, CASE NO. C0703004 MJJ    1

sd-382790

1  Having reviewed the Administrative Motion to Consider Whether Cases Should be
2  Related, and all other papers and good cause appearing,
3  IT IS HEREBY ORDERED: *Ronald A. Katz Technology Licensing, L.P. v. EchoStar
4  Communications Corp. and EchoStar Satellite L.L.C.*, Case No. 4:07-cv-03151 WDB, is related
5  to *Ronald A. Katz Tech. Licensing, L.P. v. Bank of the West*, Case No. CV-07-03004 MJJ.
6  Pursuant to Northern District of California Local Rules 3-12(b) and 7-11, the Clerk is directed to
7  reassign the action styled *Ronald A. Katz Technology Licensing, L.P. v. EchoStar
8  Communications Corp. and EchoStar Satellite L.L.C.*, Case No. 4:07-cv-03151 WDB, to Judge
9  Martin J. Jenkins.
10 **IT IS SO ORDERED.**

12 Dated: _____, 2007

_____
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA