IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

    Plaintiff(s),

v.

BANK OF THE WEST, et al.,

    Defendant(s).
_____/

No. C 07-3004 MJJ

**CLERK'S NOTICE
(Setting Case Management
Conference in Reassigned case)**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that a Case Management Conference in this reassigned case is scheduled to be heard **Tuesday, September 25, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins. A Joint Case Management Statement shall be provided to the Court by no later than **September 18, 2007.**

Dated: July 9, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Edward Butler, Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.