Case 3:07-cv-03004-MJJ    Document 18    Filed 07/12/2007    Page 1 of 2

**ORIGINAL**

◎AO 440 (Rev. 8/01) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Ronald A. Katz Technology Licensing, L.P.

V.

Bank of the West, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**C07 03004 JL**

TO: (Name and address of Defendant)

Kaiser Foundation Hospitals
c/o The Prentice-Hall Corporation System
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda F. Callison
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JUN 0 8 2007

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: June 20, 2007 |
| NAME OF SERVER (PRINT): Johnny Adams | TITLE: Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2730 Gateway Oaks Drive, Suite 100 Sacramento CA 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 27, 2007
             *Date*                    *Signature of Server*

55 Santa Clara Ave., #120 Oakland CA 94610
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.