ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

E-FILING

ADRLING

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u> District of <u>CALIFORNIA</u>

Ronald A. Katz Technology Licensing, L.P.

V.

Bank of the West, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**C07    03004    JL**

TO: (Name and address of Defendant)

The Kaiser Foundation Health Plan, Inc.
c/o CSC - Lawyers Incorporating Service
2730 Gateway Oaks Dr.
Suite 100
Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda F. Callison
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

_____
CLERK

_____
(By) DEPUTY CLERK

JUN 0 8 2007

_____
DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>June 20, 2007 |
| NAME OF SERVER *(PRINT)*<br>Johnny Adams | TITLE<br>Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2730 Gateway Oaks Drive, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　　　　Sacramento CA 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL<br>$0.00 |

| DECLARATION OF SERVER |
|---|

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 27, 2007___　　　　_Johnny Adams_____
　　　　　　　　　　Date　　　　　　　　　　　_Signature of Server_

　　　　　　　　　　　　　　__55 Santa Clara Ave., #120 Oakland CA 94610__
　　　　　　　　　　　　　　　　_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.