**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Ronald A. Katz Technology Licensing, L.P.

V.

Bank of the West, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

C07 03004 JL

TO: (Name and address of Defendant)

The Permenante Medical Group, Inc.
c/o W. William Petrick
1950 Franklin St.
Oakland, CA 94612

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda F. Callison
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                        JUN 0 8 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 18, 2007 |
| NAME OF SERVER *(PRINT)* Ronald Eccles | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
 Name of person with whom the summons and complaint were left: Margo Behbehani- Exec. State Support

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 19, 2007___    *[signature]*
                    Date                             Signature of Server

55 Santa Clara Ave., #120 Oakland CA 94610
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> **COOLEY GODWARD KRONISH LLP** <br> **11951 Freedom Drive   Reston, VA 20190** <br> TELEPHONE NO.: **(703) 456-8000**   FAX NO.*(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **plaintiff** | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: **, CA** <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: **RONALD A. KATZ TECHNOLOGY LICENSING, L. P.** <br> DEFENDANT/RESPONDENT: **BANK OF THE WEST** | CASE NUMBER: <br> **C07-03004-JL** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:   **Order Setting Initial Case Management Conference and ADR Deadlines**
3. a. Party served *(specify name of party as shown on documents served)*:
   **THE PERMANENTE MEDICAL GROUP, INC**

   b. ☒   Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **W. William Petrick, Agent**

4. Address where the party was served: **1950 FRANKLIN ST.**
   **OAKLAND, CA 94612**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: **06/18/2007** at *(time)*: **02:45 pm** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **Margo Behbehani, Exec. State Support**

   (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: **06/18/2007** from *(city)*: **Oakland**       or ☒ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use <br>
Judicial Council of California <br>
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2 <br>
Code of Civil Procedure, § 417.10 <br>
POS-010/P142100

| PLAINTIFF/PETITIONER: **RONALD A. KATZ TECHNOLOGY LICENSING, L. P.** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **BANK OF THE WEST** | C07-03004-JL |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*   (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ on behalf of *(specify):* **The Permanente Medical Group, Inc.**
     under the following Code of Civil Procedure section:

     ☒ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                           ☐ other:

7. **Person who served papers**
   a. Name: **Ronald Eccles**
   b. Address: **55 Santa Clara Ave., Suite 120  Oakland, CA 94610**
   c. Telephone number: **(510) 419-3940**
   d. **The fee** for service was: **$ 45.00**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
         (i) ☐ owner   ☒ employee   ☐ independent contractor.
         (ii) Registration No.: **853**
         (iii) County: **Alameda**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **06/19/2007**

**INTERCEPTOR Legal Support Service, Inc.**
**55 Santa Clara Ave., Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

| **Ronald Eccles** | ▶ *[signature]* |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> , <br> **COOLEY GODWARD KRONISH LLP** <br> **11951 Freedom Drive   Reston, VA 20190** <br> TELEPHONE NO.: **(703) 456-8000**   FAX NO.: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **plaintiff** | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: **, CA** <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: **RONALD A. KATZ TECHNOLOGY LICENSING, L. P.** <br> DEFENDANT/RESPONDENT: **BANK OF THE WEST** | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER: <br> **C07-03004-JL** |

I am a citizen of the United States and employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 55 Santa Clara Ave., Suite 120, Oakland, CA 94610.

On June 18, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**All documents indicated on the attached proof of service.**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

**THE PERMANENTE MEDICAL GROUP, INC**
**1950 FRANKLIN ST.**
**OAKLAND, CA 94612**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **45.00**
    Mailed From: **Oakland**

**INTERCEPTOR Legal Support Service, Inc.**
**55 Santa Clara Ave., Suite 120**
**Oakland, CA 94610**
**(510) 419-3940**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 19, 2007**.

Signature: *[signed]* **Nytira S. Duplessis**

**PROOF OF SERVICE BY MAIL**

Order#: P142100/GProof5