1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RICHARD H. ZAITLEN (SBN 63283)
2  richard.zaitlen@pillsburylaw.com
   STEPHEN BYERS (SBN 223330)
3  sbyers@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA 90017-5406
   Telephone:    (213) 488-7100
5  Facsimile:    (213) 629-1033

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   COLIN T. KEMP (SBN 215408)
7  colin.kemp@pillsburylaw.com
   50 Fremont Street
8  Post Office Box 7880
   San Francisco, CA  94120-7880
9  Telephone:    (415) 983-1000
   Facsimile:    (415) 983-1200
10

   Attorneys for Defendant,
11 BANK OF THE WEST

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                                SAN JOSE DIVISION

15

16 | RONALD A. KATZ                        | Case No. C 07-03004 ~~JL~~  MJJ
   | TECHNOLOGY LICENSING, L.P.,           |
17 |                                       | E-FILING
   |                  Plaintiff,           |
18 |                                       | JOINT STIPULATION EXTENDING
   |       vs.                             | TIME TO ANSWER OR OTHERWISE
19 |                                       | RESPOND TO COMPLAINT (L.R. 6-
   | BANK OF THE WEST, KAISER              | 1(a)
20 | FOUNDATION HEALTH PLAN, INC.,         |
   | KAISER FOUNDATION HOSPITALS,          |
21 | INC., THE PERMANENTE COMPANY,         |
   | LLC, THE PERMANENTE FEDERATION,       |
22 | LLC, THE PERMANENTE MEDICAL           |
   | GROUP, INC., and PACIFICORP,          |
23 |                                       |
   |                  Defendants.          |
24

25

26

27

28

1  Pursuant to Northern District L.R. 6-1(a), plaintiff RONALD A. KATZ

2  TECHNOLOGY LICENSING L.P. ("Katz") and defendant BANK OF THE WEST

3  ("Bank") HEREBY STIPULATE that the Bank shall have up to and including August 5,

4  2007 to answer or otherwise respond to Katz's complaint.

5  Dated: July 5, 2007.

PILLSBURY WINTHROP
  SHAW PITTMAN LLP
RICHARD H. ZAITLEN (SBN 63283)
STEPHEN BYERS (SBN 223330)
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

PILLSBURY WINTHROP
  SHAW PITTMAN LLP
COLIN T. KEMP (SBN 215408)
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By   //s//  Colin T. Kemp
    Attorneys for Defendant BANK OF THE WEST

Dated: July 5, 2007.

COOLEY GODWARD KRONISH LLP
Jeffrey T. Norberg (SBN 215087)
Palo Alto Square Bldg.
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

By   //s//  Jeffrey T. Norberg
    Attorneys for Plaintiff RONALD A. KATZ TECHNOLOGY LICENSING L.P.

Dated: 7/10/2003

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2  I, COLIN T. KEMP, hereby declare pursuant to General Order 45, § X.B, that I

3  have obtained the concurrence in the filing of this document from the signatory listed

4  below.

5  I declare under penalty of perjury that the foregoing declaration is true and correct.

6  Executed on July 5, 2007, at San Francisco, California.

7
                                    //s//  Colin T. Kemp
8
9

10                                  COOLEY GODWARD KRONISH LLP
                                    Jeffrey T. Norberg (SBN 215087)
11                                  Palo Alto Square Bldg.
                                    Five Palo Alto Square
12                                  3000 El Camino Real
                                    Palo Alto, CA 94306-2155
13

14                                  By   //s//  Jeffrey T. Norberg
                                    Attorneys for Plaintiff RONALD A. KATZ
15                                  TECHNOLOGY LICENSING L.P.

16

17

18

19

20

21

22

23

24

25

26

27

28