RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
CHARLES S. BARQUIST (CA SBN 133785)
CBarquist@mofo.com
MICHAEL W. VELLA (CA SBN 151796)
mvella@mofo.com
JASON A. CROTTY (CA SBN 196036)
jcrotty@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., AND PACIFICCORP,<br><br>Defendants. | Case No.   C0703004 ~~JL~~ MJJ<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, AND THE PERMANENTE MEDICAL GROUP, INC.**<br><br>Judge: Honorable ~~Richard W. Wicking~~<br>             Martin J. Jenkins |

Pursuant to Civil Local Rule Rule 6-1(a), Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, Inc., The Permanente Company, LLC, The Permanente Federation, LLC, and The Permanente Medical Group, Inc., ("Kaiser"), through their respective counsel of records, hereby

1  stipulate to extend Kaiser's deadline to respond to Plaintiff's complaint to August 8, 2007.  This
2  stipulation does not alter the date of any hearing or conference set by the court and the parties do
3  not waive any rights by making this Stipulation.

Dated: July 5, 2007                                          Dated: July 5, 2007

By:          /s/                                             By:          /s/

JASON A. CROTTY                                              JEFFREY NORBERG
MORRISON & FOERSTER LLP                                      COOLEY GODWARD KRONISH LLP

Attorney for Defendants                                      Attorney for Plaintiff
KAISER FOUNDATION HEALTH                                     RONALD A. KATZ TECHNOLOGY
PLAN, INC., KAISER FOUNDATION                                LICENSING, L.P.
HOSPITALS, INC., THE
PERMANENTE COMPANY, LLC,
THE PERMANENTE FEDERATION,
LLC, AND THE PERMANENTE
MEDICAL GROUP, INC.

## ATTESTATION OF SIGNATURE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:          /s/

JASON A. CROTTY
MORRISON & FOERSTER LLP

Dated: 7/10/2007

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Martin J. Jenkins]*