1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RICHARD H. ZAITLEN (SBN 63283)
2  richard.zaitlen@pillsburylaw.com
   STEPHEN BYERS (SBN 223330)
3  sbyers@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA  90017-5406
   Telephone:    (213) 488-7100
5  Facsimile:    (213) 629-1033

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   COLIN T. KEMP (SBN 215408)
7  colin.kemp@pillsburylaw.com
   50 Fremont Street
8  San Francisco, CA  94105
   Telephone:    (415) 983-1000
9  Facsimile:    (415) 983-1200

10 Attorneys for Defendant
   BANK OF THE WEST

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING L.P., | Case No. C 07 03004 MJJ |
| Plaintiff, | E-FILING |
| vs. | DEFENDANT BANK OF THE WEST'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., and PACIFICORP, | |
| Defendants. | |

24    Civil L.R. 3-16(b)(1) provides:

25    The Certification [of Interested Entities or Persons] must disclose any
      persons, associations of persons, firms, partnerships, corporations (including
26    parent corporations) or other entities other than the parties themselves
      known by the party to have either:  (i) a financial interest (of any kind) in the
27    subject matter in controversy or in a party to the proceeding; or (ii) any other
      kind of interest that could be substantially affected by the outcome of this
28    proceeding.

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5  subject matter or in a party that could be substantially affected by the outcome of this
6  proceeding:  BancWest; BNP Paribas.

7  Dated:  July 16, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
RICHARD H. ZAITLEN
STEPHEN BYERS
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406

PILLSBURY WINTHROP SHAW PITTMAN LLP
COLIN T. KEMP
50 Fremont Street
San Francisco, CA  94105

By  /s/ Colin T. Kemp
Colin T. Kemp
Attorneys for Defendant
BANK OF THE WEST