```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    RICHARD H. ZAITLEN (SBN 63283)
 2  richard.zaitlen@pillsburylaw.com
    STEPHEN BYERS (SBN 223330)
 3  sbyers@pillsburylaw.com
    725 South Figueroa Street, Suite 2800
 4  Los Angeles, CA  90017-5406
    Telephone:    (213) 488-7100
 5  Facsimile:    (213) 629-1033

 6  PILLSBURY WINTHROP SHAW PITTMAN LLP
    COLIN T. KEMP (SBN 215408)
 7  colin.kemp@pillsburylaw.com
    50 Fremont Street
 8  San Francisco, CA  94105
    Telephone:    (415) 983-1000
 9  Facsimile:    (415) 983-1200

10  Attorneys for Defendant
    BANK OF THE WEST
```

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING L.P., | Case No. C 07 03004 MJJ |
| Plaintiff, | E-FILING |
| vs. | DEFENDANT BANK OF THE WEST'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 |
| BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., and PACIFICORP, | |
| Defendants. | |

24      Federal Rules of Civil Procedure, Rule 7.1 states:

25      A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1   Pursuant to FRCP 7.1, defendant <u>BANK OF THE WEST</u> ("Bank") states that:

2   Bank is a subsidiary of BancWest, which is subsidiary of BNP Parisbas.

3   Dated: July 16, 2007

4   PILLSBURY WINTHROP SHAW PITTMAN LLP
    RICHARD H. ZAITLEN
5   STEPHEN BYERS
    725 South Figueroa Street, Suite 2800
6   Los Angeles, CA 90017-5406

7   PILLSBURY WINTHROP SHAW PITTMAN LLP
    COLIN T. KEMP
8   50 Fremont Street
    San Francisco, CA 94105

9

10
                                        By _____/s/ Colin T. Kemp_____
11                                              Colin T. Kemp
                                            Attorneys for Defendant
12                                          BANK OF THE WEST

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28