1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RICHARD ZAITLEN (SBN 63283)
2  STEPHEN D. BYERS (SBN 223330)
   725 South Figueroa Street, Suite 2800
3  Los Angeles, CA  90017-5406
   Telephone:    (213) 488-7100
4  Facsimile:    (213) 629-1033
   richard.zaitlen@pillsburylaw.com
5  steve.byers@pillsburylaw.com

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   COLIN T. KEMP (SBN 215408)
7  50 Fremont Street
   Post Office Box 7880
8  San Francisco, CA 94120-7880
   Telephone:    (415) 983-1000
9  Facsimile:    (415) 983-1200
   colin.kemp@pillsburylaw.com
10
   Attorneys for Defendant
11 BANK OF THE WEST

12

13                 UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16  ────────────────────────────  )
    RONALD A. KATZ TECHNOLOGY      )  Case No. C07-03004 MJJ
17  LICENSING L.P.,                )
                                   )  E-FILING
18                   Plaintiff,    )
                                   )  **DEFENDANT BANK OF THE**
19         vs.                     )  **WEST'S ANSWER TO**
                                   )  **PLAINTIFF'S COMPLAINT FOR**
20  BANK OF THE WEST, KAISER       )  **PATENT INFRINGEMENT**
    FOUNDATION HEALTH PLAN, INC.,  )
21  KAISER FOUNDATION HOSPITALS,   )  **DEMAND FOR JURY TRIAL**
    INC., THE PERMANENTE COMPANY,  )
22  LLC, THE PERMANENTE FEDERATION,)
    LLC, THE PERMANENTE MEDICAL    )
23  GROUP, INC, and PACIFICORP     )
                                   )
24                   Defendants.   )
    ────────────────────────────  )
25

26         Defendant BANK OF THE WEST, by and through its counsel of record, hereby

27  answers plaintiff's Complaint for patent infringement as follows:

28

1

## **THE PARTIES**

2          1.          Bank of the West is without sufficient knowledge or information to form a

3    belief of the truth of the allegations in Paragraph 1 of the Complaint and on that basis

4    denies the allegations.

5          2.          Bank of the West admits that it is a California entity with its principal place

6    of business at 180 Montgomery Street, San Francisco, CA 94104.

7          3.          Bank of the West is without sufficient knowledge or information to form a

8    belief of the truth of the allegations in Paragraph 3 of the Complaint and on that basis

9    denies the allegations.

10         4.          Bank of the West is without sufficient knowledge or information to form a

11   belief of the truth of the allegations in Paragraph 4 of the Complaint and on that basis

12   denies the allegations.

13         5.          Bank of the West is without sufficient knowledge or information to form a

14   belief of the truth of the allegations in Paragraph 5 of the Complaint and on that basis

15   denies the allegations.

16         6.          Bank of the West is without sufficient knowledge or information to form a

17   belief of the truth of the allegations in Paragraph 6 of the Complaint and on that basis

18   denies the allegations.

19         7.          Bank of the West is without sufficient knowledge or information to form a

20   belief of the truth of the allegations in Paragraph 7 of the Complaint and on that basis

21   denies the allegations.

22         8.          Bank of the West is without sufficient knowledge or information to form a

23   belief of the truth of the allegations in Paragraph 8 of the Complaint and on that basis

24   denies the allegations.

25

## **JURISDICTION AND VENUE**

26         9.          Bank of the West admits that this is a civil action for patent infringement.

27   Bank of the West also admits that such actions fall under the patent statutes, 35 U.S.C. § 1

28   *et seq.*

1    10.    Bank of the West admits that this Court has jurisdiction over the subject

2    matter of this action under 28 U.S.C. §§ 1331 and 1338 (a).

3    11.    Bank of the West denies that it is operating any infringing systems or any

4    systems that infringe any valid claim of any patent in suit.  Except as denied, Bank of the

5    West admits the facts of Paragraph 11.

6    12.    Bank of the West is without sufficient knowledge or information to form a

7    belief of the truth of the allegations in Paragraph 12 of the Complaint and on that basis

8    denies the allegations.

9    13.    Bank of the West is without sufficient knowledge or information to form a

10    belief of the truth of the allegations in Paragraph 13 of the Complaint and on that basis

11    denies the allegations.

12    14.    Bank of the West admits that venue is proper in this judicial district under 28

13    USC §§ 1391 (b)-(c) and 1400 (b).

14                          **BACKGROUND FACTS**

15    15.    Bank of the West admits that Ronald A. Katz is the named inventor of each

16    of the patents in suit.  Except as expressly admitted, Bank of the West is without sufficient

17    knowledge or information to form a belief of the truth of the remaining allegations in

18    Paragraph 15 of the Complaint and on that basis denies the allegations.

19    16.    Bank of the West is without sufficient knowledge or information to form a

20    belief to the truth of the allegations in Paragraph 16 of the Complaint and on that basis

21    denies the allegations.

22    17.    Bank of the West is without sufficient knowledge or information to form a

23    belief of the truth of the allegations in Paragraph 17 of the Complaint and on that basis

24    denies the allegations.

25    18.    Bank of the West is without sufficient knowledge or information to form a

26    belief of the truth of the allegations in Paragraph 18 of the Complaint and on that basis

27    denies the allegations.

28

1      19.     Bank of the West is without sufficient knowledge or information to form a

2  belief of the truth of the allegations in Paragraph 19 of the Complaint and on that basis

3  denies the allegations.

4      20.     Bank of the West is without sufficient knowledge or information to form a

5  belief of the truth of the allegations in Paragraph 20 of the Complaint and on that basis

6  denies the allegations.

7      21.     Bank of the West is without sufficient knowledge or information to form a

8  belief of the truth of the allegations in Paragraph 21 of the Complaint and on that basis

9  denies the allegations.

10      22.     Bank of the West is without sufficient knowledge or information to form a

11  belief of the truth of the allegations in Paragraph 22 of the Complaint and on that basis

12  denies the allegations.

13      23.     Bank of the West is without sufficient knowledge or information to form a

14  belief of the truth of the allegations in Paragraph 23 of the Complaint and on that basis

15  denies the allegations.

16      24.     Bank of the West is without sufficient knowledge or information to form a

17  belief of the truth of the allegations in Paragraph 24 of the Complaint and on that basis

18  denies the allegations.

19      25.     Bank of the West is without sufficient knowledge or information to form a

20  belief of the truth of the allegations in Paragraph 25 of the Complaint and on that basis

21  denies the allegations.

22      26.     Bank of the West denies that it employs any alleged invention of the patents

23  in suit.  Bank of the West admits that A2D, L.P. has attempted to engage Bank of the West

24  in licensing negotiations.  Except what is expressly admitted or denied, Bank of the West is

25  without sufficient knowledge or information to form a belief of the truth of the allegations

26  in Paragraph 18 of the Complaint and on that basis denies the allegations.

27

28

1

**THE PATENTS IN SUIT**

2      27.      Bank of the West admits that United States Patent No. 4,792,968 ("the '968

3    patent") speaks for itself regarding the title, filing information, and inventor.  Except as

4    expressly admitted, Bank of the West is without sufficient knowledge or information to

5    form a belief of the truth of the remaining allegations in Paragraph 27 of the Complaint and

6    on that basis denies the allegations.

7      28.      Bank of the West admits that United States Patent No. 4,930,150 ("the '150

8    patent") speaks for itself regarding the title, filing information, and inventor.  Except as

9    expressly admitted, Bank of the West is without sufficient knowledge or information to

10   form a belief of the truth of the remaining allegations in Paragraph 28 of the Complaint and

11   on that basis denies the allegations.

12     29.      Bank of the West admits that United States Patent No. 5,048,075 ("the '075

13   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

14   expressly admitted, Bank of the West is without sufficient knowledge or information to

15   form a belief of the truth of the remaining allegations in Paragraph 29 of the Complaint and

16   on that basis denies the allegations.

17     30.      Bank of the West admits that United States Patent No. 5,109,404 ("the '404

18   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

19   expressly admitted, Bank of the West is without sufficient knowledge or information to

20   form a belief of the truth of the remaining allegations in Paragraph 30 of the Complaint and

21   on that basis denies the allegations.

22     31.      Bank of the West admits that United States Patent No. 5,128,984 ("the '984

23   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

24   expressly admitted, Bank of the West is without sufficient knowledge or information to

25   form a belief of the truth of the remaining allegations in Paragraph 31 of the Complaint and

26   on that basis denies the allegations.

27     32.      Bank of the West admits that United States Patent No. 5,251,252 ("the '252

28   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

1   expressly admitted, Bank of the West is without sufficient knowledge or information to

2   form a belief of the truth of the remaining allegations in Paragraph 32 of the Complaint and

3   on that basis denies the allegations.

4         33.      Bank of the West admits that United States Patent No. 5,255,309 ("the '309

5   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

6   expressly admitted, Bank of the West is without sufficient knowledge or information to

7   form a belief of the truth of the remaining allegations in Paragraph 33 of the Complaint and

8   on that basis denies the allegations.

9         34.      Bank of the West admits that United States Patent No. 5,259,023 ("the '023

10  patent") speaks for itself regarding the title, filing information, and inventor.  Except as

11  expressly admitted, Bank of the West is without sufficient knowledge or information to

12  form a belief of the truth of the remaining allegations in Paragraph 34 of the Complaint and

13  on that basis denies the allegations.

14        35.      Bank of the West admits that United States Patent No. 5,351,285 ("the '285

15  patent") speaks for itself regarding the title, filing information, and inventor.  Except as

16  expressly admitted, Bank of the West is without sufficient knowledge or information to

17  form a belief of the truth of the remaining allegations in Paragraph 35 of the Complaint and

18  on that basis denies the allegations.

19        36.      Bank of the West admits that United States Patent No. 5,561,707 ("the '707

20  patent") speaks for itself regarding the title, filing information, and inventor.  Except as

21  expressly admitted, Bank of the West is without sufficient knowledge or information to

22  form a belief of the truth of the remaining allegations in Paragraph 36 of the Complaint and

23  on that basis denies the allegations.

24        37.      Bank of the West admits that United States Patent No. 5,684,863 ("the '863

25  patent") speaks for itself regarding the title, filing information, and inventor.  Except as

26  expressly admitted, Bank of the West is without sufficient knowledge or information to

27  form a belief of the truth of the remaining allegations in Paragraph 37 of the Complaint and

28  on that basis denies the allegations.

1      38.     Bank of the West admits that United States Patent No. 5,787,156 ("the '156

2   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

3   expressly admitted, Bank of the West is without sufficient knowledge or information to

4   form a belief of the truth of the remaining allegations in Paragraph 38 of the Complaint and

5   on that basis denies the allegations.

6      39.     Bank of the West admits that United States Patent No. 5,815,551 ("the '551

7   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

8   expressly admitted, Bank of the West is without sufficient knowledge or information to

9   form a belief of the truth of the remaining allegations in Paragraph 39 of the Complaint and

10   on that basis denies the allegations.

11      40.     Bank of the West admits that United States Patent No. 5,828,734 ("the '734

12   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

13   expressly admitted, Bank of the West is without sufficient knowledge or information to

14   form a belief of the truth of the remaining allegations in Paragraph 40 of the Complaint and

15   on that basis denies the allegations.

16      41.     Bank of the West admits that United States Patent No. 5,835,576 ("the '576

17   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

18   expressly admitted, Bank of the West is without sufficient knowledge or information to

19   form a belief of the truth of the remaining allegations in Paragraph 32 of the Complaint and

20   on that basis denies the allegations.

21      42.     Bank of the West admits that United States Patent No. 5,898,762 ("the '762

22   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

23   expressly admitted, Bank of the West is without sufficient knowledge or information to

24   form a belief of the truth of the remaining allegations in Paragraph 42 of the Complaint and

25   on that basis denies the allegations.

26      43.     Bank of the West admits that United States Patent No. 5,917,893 ("the '893

27   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

28   expressly admitted, Bank of the West is without sufficient knowledge or information to

1    form a belief of the truth of the remaining allegations in Paragraph 43 of the Complaint and

2    on that basis denies the allegations.

3        44.    Bank of the West admits that United States Patent No. 5,974,120 ("the '120

4    patent") speaks for itself regarding the title, filing information, and inventor.  Except as

5    expressly admitted, Bank of the West is without sufficient knowledge or information to

6    form a belief of the truth of the remaining allegations in Paragraph 44 of the Complaint and

7    on that basis denies the allegations.

8        45.    Bank of the West admits that United States Patent No. 6,035,021 ("the '021

9    patent") speaks for itself regarding the title, filing information, and inventor.  Except as

10   expressly admitted, Bank of the West is without sufficient knowledge or information to

11   form a belief of the truth of the remaining allegations in Paragraph 45 of the Complaint and

12   on that basis denies the allegations.

13       46.    Bank of the West admits that United States Patent No. 6,044,135 ("the '135

14   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

15   expressly admitted, Bank of the West is without sufficient knowledge or information to

16   form a belief of the truth of the remaining allegations in Paragraph 46 of the Complaint and

17   on that basis denies the allegations.

18       47.    Bank of the West admits that United States Patent No. 6,148,065 ("the '065

19   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

20   expressly admitted, Bank of the West is without sufficient knowledge or information to

21   form a belief of the truth of the remaining allegations in Paragraph 47 of the Complaint and

22   on that basis denies the allegations.

23       48.    Bank of the West admits that United States Patent No. 6,335,965 ("the '965

24   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

25   expressly admitted, Bank of the West is without sufficient knowledge or information to

26   form a belief of the truth of the remaining allegations in Paragraph 48 of the Complaint and

27   on that basis denies the allegations.

28

1    49.    Bank of the West admits that United States Patent No. 6,349,134 ("the '134

2    patent") speaks for itself regarding the title, filing information, and inventor.  Except as

3    expressly admitted, Bank of the West is without sufficient knowledge or information to

4    form a belief of the truth of the remaining allegations in Paragraph 49 of the Complaint and

5    on that basis denies the allegations.

6    50.    Bank of the West admits that United States Patent No. 6,434,223 ("the '223

7    patent") speaks for itself regarding the title, filing information, and inventor.  Except as

8    expressly admitted, Bank of the West is without sufficient knowledge or information to

9    form a belief of the truth of the remaining allegations in Paragraph 50 of the Complaint and

10   on that basis denies the allegations.

11   51.    Bank of the West admits that United States Patent No. 6,512,415 ("the '415

12   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

13   expressly admitted, Bank of the West is without sufficient knowledge or information to

14   form a belief of the truth of the remaining allegations in Paragraph 51 of the Complaint and

15   on that basis denies the allegations.

16   52.    Bank of the West admits that United States Patent No. 6,570,967 ("the '967

17   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

18   expressly admitted, Bank of the West is without sufficient knowledge or information to

19   form a belief of the truth of the remaining allegations in Paragraph 52 of the Complaint and

20   on that basis denies the allegations.

21   53.    Bank of the West admits that United States Patent No. 6,678,360 ("the '360

22   patent") speaks for itself regarding the title, filing information, and inventor.  Except as

23   expressly admitted, Bank of the West is without sufficient knowledge or information to

24   form a belief of the truth of the remaining allegations in Paragraph 53 of the Complaint and

25   on that basis denies the allegations.

26

27

28

1

**COUNT I**

2

**(PATENT INFRINGEMENT BY BANK OF THE WEST)**

3    54.    Bank of the West repeats and realleges its responses to Paragraphs 1-53, as

4    set forth above, as though fully set forth therein.

5    55.    Bank of the West is without sufficient knowledge or information to form a

6    belief of the truth of the allegations in Paragraph 55 of the Complaint and on that basis

7    denies the allegations.

8    56.    Bank of the West admits that it operates automated telephone systems.

9    Except as expressly admitted, Bank of the West denies the allegations of Paragraph 56.

10    57.    Bank of the West denies the allegations of Paragraph 57.

11    58.    Bank of the West denies the allegations of Paragraph 58.

12    59.    Bank of the West denies the allegations of Paragraph 59.

13    60.    Bank of the West denies the allegations of Paragraph 60.

14

**COUNT II**

15

**(PATENT INFRINGEMENT BY THE KAISER PERMANENTE DEFENDANTS)**

16    61.    Bank of the West repeats and realleges its responses to Paragraphs 1-60, as

17    set forth above, as though fully set forth therein.

18    62.    Bank of the West is without sufficient knowledge or information to form a

19    belief of the truth of the allegations in Paragraph 62 of the Complaint and on that basis

20    denies the allegations.

21    63.    Bank of the West is without sufficient knowledge or information to form a

22    belief of the truth of the allegations in Paragraph 63 of the Complaint and on that basis

23    denies the allegations.

24    64.    Bank of the West is without sufficient knowledge or information to form a

25    belief of the truth of the allegations in Paragraph 64 of the Complaint and on that basis

26    denies the allegations.

27

28

1    65.    Bank of the West is without sufficient knowledge or information to form a
2  belief of the truth of the allegations in Paragraph 65 of the Complaint and on that basis
3  denies the allegations.

4    66.    Bank of the West is without sufficient knowledge or information to form a
5  belief of the truth of the allegations in Paragraph 66 of the Complaint and on that basis
6  denies the allegations.

7    67.    Bank of the West is without sufficient knowledge or information to form a
8  belief of the truth of the allegations in Paragraph 67 of the Complaint and on that basis
9  denies the allegations.

10                                **<u>COUNT III</u>**

11                   **<u>(PATENT INFRINGEMENT BY THE PACIFICORP)</u>**

12    68.    Bank of the West repeats and realleges its responses to Paragraphs 1-67, as
13  set forth above, as though fully set forth therein.

14    69.    Bank of the West is without sufficient knowledge or information to form a
15  belief of the truth of the allegations in Paragraph 69 of the Complaint and on that basis
16  denies the allegations.

17    70.    Bank of the West is without sufficient knowledge or information to form a
18  belief of the truth of the allegations in Paragraph 70 of the Complaint and on that basis
19  denies the allegations.

20    71.    Bank of the West is without sufficient knowledge or information to form a
21  belief of the truth of the allegations in Paragraph 71 of the Complaint and on that basis
22  denies the allegations.

23    72.    Bank of the West is without sufficient knowledge or information to form a
24  belief of the truth of the allegations in Paragraph 72 of the Complaint and on that basis
25  denies the allegations.

26    73.    Bank of the West is without sufficient knowledge or information to form a
27  belief of the truth of the allegations in Paragraph 73 of the Complaint and on that basis
28  denies the allegations.

1   74.    Bank of the West is without sufficient knowledge or information to form a

2   belief of the truth of the allegations in Paragraph 74 of the Complaint and on that basis

3   denies the allegations.

4                      **AFFIRMATIVE AND OTHER DEFENSES**

5          Without admitting the truth of any allegation by Plaintiff, and without conceding or

6   assuming the burden of proof with respect to any of the following matters (and specifically

7   denying, in particular, that it has the burden of proof with respect to the First, Third and

8   Fourth Affirmative Defenses set forth below), Bank of the West asserts the following

9   affirmative and other defenses to Plaintiff's claims:

10                         FIRST AFFIRMATIVE DEFENSE

11                            (NON-INFRINGEMENT)

12  75.    Bank of the West has not infringed and does not infringe any valid claim of

13  the '150, '075, '404, '984, '252, '309, '023, '285, '707, '863, '156, '551, '734, '576, '762,

14  '893, '120, '021, '135, '065, '965, '134, '223, '967, and '360 patents (collectively, "the

15  Katz patents").

16                        SECOND AFFIRMATIVE DEFENSE

17                               (INVALIDITY)

18  76.    The claims of the Katz patents are invalid and unenforceable for failure to

19  comply with one or more of the conditions for patentability, including but not limited to

20  those set forth, *inter alia*, in the Patent Laws of the United States Code, Title 35, Sections

21  101, 102, 103 and 112.

22                         THIRD AFFIRMATIVE DEFENSE

23                            (FAILURE TO MARK)

24  77.    Upon information and belief, plaintiff and/or its licensee(s) failed to mark

25  products using the method or technology claimed in the 'Katz patents, as set forth in 35

26  U.S.C. Section 287, thereby precluding plaintiff from any recovery for any alleged

27  infringement by Bank of the West occurring prior to plaintiff's giving actual notice of

28  alleged infringement as to such Katz patents to Bank of the West.

1

FOURTH AFFIRMATIVE DEFENSE

2

(PROSECUTION HISTORY ESTOPPEL)

3       78.     Upon information and belief, by reason of prior art and the proceedings in

4  the U.S. Patent and Trademark Office during the prosecution of the applications that led to

5  the issuance of the Katz patents, including (without limitation), amendments,

6  representations, concessions and admissions made by or on behalf of the applicant, plaintiff

7  is estopped from construing the claims thereof, even if it were otherwise possible to cover

8  and include the products or acts of Bank of the West.

9

FIFTH AFFIRMATIVE DEFENSE

10

(WAIVER/ESTOPPEL/LACHES)

11      79.     The claims asserted by Plaintiff in its Complaint are barred by the equitable

12  doctrines of waiver, estoppel and/or laches.

13      80.     The Katz patents are unenforceable due to prosecution laches in light of

14  Plaintiff's unreasonable delay in seeking the claims of the Katz patents.

15      81.     The Katz patents are unenforceable due to laches in light of Plaintiff's

16  unreasonable delay in asserting the claimed inventions.

17

SIXTH AFFIRMATIVE DEFENSE

18

(UNCLEAN HANDS/PATENT MISUSE)

19      82.     The Plaintiff is barred any relief in this action, and at least the '734, '120,

20  and '223 patents are unenforceable under the doctrine of unclean hands and/or patent

21  misuse because the Plaintiff has asserted at least the '734, '120, and '223 patents with

22  knowledge that at least one claim in each of these patents is invalid.

23

SEVENTH AFFIRMATIVE DEFENSE

24

(STATUTE OF LIMITATIONS)

25      83.     To the extent that Plaintiff seeks damages for alleged infringement more

26  than six years prior to the filing of the present litigation, Plaintiff's claims are barred by the

27  statute of limitations under 35 U.S.C. § 286.  To the extent that Plaintiff alleges

28

1    infringement of additional patents that were not asserted when this suit was filed, Plaintiff's

2    amendments do not relate back to the date of the original filing under Fed. Civ. P. 15(c).

3                         EIGHTH AFFIRMATIVE DEFENSE

4                            (INEQUITABLE CONDUCT)

5         84.    The Katz patents are unenforceable for inequitable conduct committed

6    before the United States Patent and Trademark Office during the prosecution of the

7    applications that issued as the Katz patents and/or related applications.

8         85.    Plaintiff's acts, omissions, pattern or practice of misconduct includes for

9    example, its failure to disclose U.S. Patent No. 4,071,698 to Barger, Jr. et al. ("the Barger

10   reference") to the Patent and Trademark Office during the prosecution of many of the Katz

11   patents, including the '863 patent.  The Barger reference issued as a patent on January 31,

12   1978.

13        86.    The Barger reference teaches an interactive telephone voice system for

14   marketing merchandise.  The Barger reference discloses among other things, that the

15   customer selects and listens to an audio demonstration and may arrange automated payment

16   by credit card or other means by inputting signals using a touch-tone phone.  The disclosed

17   system, for example, allows callers to listen to prerecorded messages, select options based

18   on touching numbers on a touchtone phone, qualifying access to records based on

19   identification information and maintaining a complete record of all transactions, including

20   the demonstrations selected by the customer in order to maintain current inventory needs,

21   the account of the customer, and other such records.

22        87.    Further, the Barger reference discloses that the interactive telephone voice

23   system is capable of transferring a customer to an operator, who obtains the required

24   information from the customer which is then maintained in the database.

25        88.    The Barger reference discloses many of the central features claimed in many

26   of the Katz patents.

27        89.    The Barger reference would have been material or relevant to the Patent and

28   Trademark Office in deciding whether to issue various claims of the Katz patents.

1    90.    With respect to a number of the Katz patents, third parties have relied on the

2    Barger reference to petition the Patent and Trademark Office to reexamine certain Katz

3    patents, including the '707 patent.  An examiner at the Patent and Trademark Office

4    consistently rejected certain of the Katz's pending claims in the '707 patent application

5    based in part on the teachings of the Barger reference. The specification of the '707 patent

6    is substantially identical to that of the '863 patent.

7    91.    The examiner consistently rejected the claims of the application which

8    became the '707 patent based at least in part on the Barger reference before the issuance of

9    the '863 patent.  Because Plaintiff was actively prosecuting the '707 patent while

10   simultaneously prosecuting the '863 patent, Plaintiff had actual notice of the Barger

11   reference.

12   92.    Between the examiner and the Plaintiff, approximately two hundred

13   references were cited during the prosecution of the '863 patent.  The Barger reference was

14   not one of them.

15   93.    On information and belief, Katz's failure to disclose the Barger reference

16   was done deliberately and with the intent to deceive the Patent and Trademark Office into

17   issuing patent claims of a scope beyond any to which the Plaintiff was entitled in at least

18   the '863 patent.

19   94.    Plaintiff's intentional failure to disclose the Barger patent, with knowledge

20   of its materiality during prosecution of the '863 patent constitutes inequitable conduct.

21                                **PRAYER FOR RELIEF**

22   WHEREFORE, Defendant BANK OF THE WEST respectfully requests the

23   following relief:

24   1.    That Plaintiff's Complaint be dismissed with prejudice, and that Plaintiff

25   take nothing by way of its Complaint.

26   2.    That a judgment be entered declaring that the Katz patents are invalid,

27   unenforceable, and not infringed by Bank of the West.

28   3.    That Bank of the West be awarded its costs and disbursements in this action.

1    4.    That this case be declared as exceptional pursuant to 35 U.S.C. Section 285

2    and that Bank of the West be awarded its reasonable attorneys' fees in this action.

3    5.    That Bank of the West be granted such other and further relief as this Court

4    deems just and proper.

5

6

    Dated:  August 6, 2007.

7
                                            PILLSBURY WINTHROP SHAW PITTMAN LLP

8

9
                                            By _____/s/ Colin T. Kemp_____
10                                                         COLIN T. KEMP
                                                         Attorneys for Defendant
11                                                       BANK OF THE WEST

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2          Defendant BANK OF THE WEST hereby demands a trial by jury on all issues.

3

4    Dated:  August 6, 2007.

5                                              PILLSBURY WINTHROP SHAW PITTMAN LLP

6

7
                                   By _____/s/ Colin T. Kemp_____
8                                                   COLIN T. KEMP
                                                Attorneys for Defendant
9                                               BANK OF THE WEST

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28