| | |
|---|---|
| 1 | Michael J. Stimson (SBN 224817) |
| 2 | Helen Chae MacLeod (SBN 206618)<br>HOWREY LLP |
| 3 | 2020 Main Street, Suite 1000<br>Irvine, CA 92614 |
| 4 | Telephone: 949.721.6900 |
| | Facsimile: 949.721.6910 |
| 5 | Email: stimsonm@howrey.com |
| 6 | Email: macleodh@howrey.com |
| 7 | Matthew J. Moore *(Pro hac vice application in progress)* |
| 8 | HOWREY LLP<br>1299 Pennsylvania Avenue, NW |
| 9 | Washington, DC 20004<br>Telephone: 202.783.0800 |
| 10 | Facsimile: 202.383.6610 |
| | Email: moorem@howrey.com |
| 11 | |
| 12 | Attorneys for Defendant<br>PACIFICORP |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | Case No. C07 03004 JL |
| Plaintiff, | ) ) ) | **NOTICE OF APPEARANCE OF MICHAEL J. STIMSON** |
| v. | ) ) | |
| BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., and PACIFICORP | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |

-1-
NOTICE OF APPEARANCE OF MICHAEL J. STIMSON
Case No. C07 03004 JL

HOWREY LLP

DM_US:20609191_1

PLEASE TAKE NOTICE that MICHAEL J. STIMSON of the law firm HOWREY LLP hereby enters his appearance as counsel of record for defendant PACIFICORP in the above-entitled matter.

Date: August 8, 2007                     By: /s/   MICHAEL J. STIMSON

    Michael J. Stimson (SBN #224817)
    Helen Chae MacLeod (SBN #206618)
    **HOWREY LLP**
    2020 Main Street, Suite 1000
    Irvine, CA 92614
    Telephone: 949-721-6900
    Facsimile: 475-721-6910
    Email: stimsonm@howrey.com
    Email: macleodh@howrey.com

    Matthew J. Moore *(Pro hac vice application in progress)*
    **HOWREY LLP**
    1299 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: 202-783-0800
    Facsimile: 202-383-6610
    Email:    moorem@howrey.com
    *Attorneys for Defendant and Counterclaim Plaintiff*
    PACIFICORP

The electronic filer hereby attests that the individual whose name appears below has signed this document. *See* General Order 45, Section X.

# PROOF OF SERVICE

CALIFORNIA           )
                     ) ss.:
COUNTY OF ORANGE     )

I am employed in California. I am over the age of 18 and not a party to the within action. My business address is 2020 Main Street, Suite 1000, Irvine, CA. 92614.

On August 8, 2007, I served on the interested parties in said action the within:

**NOTICE OF APPEARANCE OF MICHAEL J. STIMSON**

☐ (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated below, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

☒ (ELECTRONIC SERVICE) was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Frank V. Pietrantonio | Stephen C. Neal |
| Jonathan G. Graves | Linda F. Callison |
| Cooley Godward Kronish LLP | Cooley Godward Kronish LLP |
| One Freedom Square | Five Palo Alto Square |
| 11951 Freedom Drive | 3000 El Camino Real |
| Reston, VA  20190 | Palo Alto, CA  94306 |

Jason A. Crotty
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

I declare under penalty of perjury that service was made and that the foregoing is true and correct.

Executed on August 8, 2007, at Irvine, CA.

| Catherine E. Zinn | /s/  Catherine E. Zinn |
|---|---|
| (Type or print name) | (Signature) |