B.  A declaration that the claims of the '968, '252, '309, '285, '707, '863, '156, '551, '734, '762, '893, '120, '135, '065, '965, '134, '223 and '360 patents are invalid;

C.  A declaration that the '968, '252, '309, '285, '707, '863, '156, '551, '734, '762, '893, '120, '135, '065, '965, '134, '223 and '360 patents are unenforceable;

D.  Dismissal of RAKTL's claims in their entirety and with prejudice;

E.  A declaration that RAKTL take nothing by way of its complaint;

F.  An order awarding the Kaiser Permanente Defendants their costs pursuant to 35 U.S.C. § 284;

G.  An order finding that this is an exceptional case and awarding the Kaiser Permanente Defendants their reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

H.  An order awarding such other relief as the Court may deem appropriate under the circumstances.

## JURY TRIAL DEMAND

The Kaiser Permanente Defendants hereby demand a trial by jury on all issues triable as of right by a jury in this action.

Dated: August 6, 2007

RACHEL KREVANS
MICHAEL W. VELLA
JASON A. CROTTY
ELISABETH S. TRAUGOTT
MORRISON & FOERSTER LLP


By:  /s/ Jason A. Crotty
     Jason A. Crotty

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION LLC, and THE PERMANENTE MEDICAL GROUP, INC.