RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
JASON A. CROTTY (CA SBN 196036)
JCrotty@mofo.com
ELISABETH S. TRAUGOTT (CA SBN 215931)
ETraugott@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MICHAEL W. VELLA (CA SBN 151796)
MVella@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., KAISER
FOUNDATION HOSPITALS, THE PERMANENTE
COMPANY, LLC; THE PERMANENTE FEDERATION LLC,
and THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., AND PACIFICCORP,<br><br>Defendants. | Case No. C0703004 JL<br><br>**KAISER PERMANENTE DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES**<br><br>**(FED. R. CIV. P. 7.1 & CIVIL L.R. 3-16)**<br><br>Judge: Hon. Martin Jenkins |

Kaiser Permanente Defendants' Certification of
Interested Entities, Case No. C0703004 JL

sf-2364294

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the
2 undersigned certifies that defendants **Kaiser Foundation Health Plan, Inc.**, **Kaiser Foundation**
3 **Hospitals**, **The Permanente Company, LLC**, **The Permanent Federation LLC**, and **The**
4 **Permanente Medical Group, Inc.** are all part of the Kaiser Permanente Medical Care Program
5 ("Kaiser Permanente" is not a legal entity but a trade name used by these entities).  Other entities
6 are associated with the defendants in that they are also part of the Kaiser Permanente healthcare
7 system.  However, none of the named defendants, and none of the other associated entities, are
8 publicly-held companies.  No other entity that is part of the Kaiser Permanente healthcare system
9 has any financial interest in the outcome of this litigation.

10  Pursuant to Civil Local Rule 3-16, the undersigned has disclosed individuals or entities
11 with a financial interest in the subject matter of this litigation.  However, the undersigned has not
12 disclosed individuals or entities against whom the patents-in-suit in this litigation have been
13 asserted in separate litigation and who could benefit from a determination by this Court adverse to
14 the patentee.  The undersigned will make such additional disclosures as are ordered by the Court.

15 Dated: August 6, 2007

RACHEL KREVANS
MICHAEL W. VELLA
JASON A. CROTTY
ELISABETH S. TRAUGOTT
MORRISON & FOERSTER LLP


By:  /s/ Jason A. Crotty
     Jason A. Crotty

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN,
INC., KAISER FOUNDATION HOSPITALS,
THE PERMANENTE COMPANY, LLC, THE
PERMANENTE FEDERATION LLC, and
THE PERMANENTE MEDICAL GROUP,
INC.

**ECF CERTIFICATION**

I, Elisabeth S. Traugott, am the ECF User whose identification and password are being used to file this Kaiser Permanente Defendants' Answer, Affirmative Defenses and Counterclaims. In compliance with General Order No. 45, § X.B., I hereby attest that Jason A. Crotty has concurred in this filing.

Dated: August 8, 2007            /s/ Elisabeth S. Traugott
                                     Elisabeth S. Traugott