COOLEY GODWARD KRONISH LLP
Stephen C. Neal (State Bar No. 170085)
nealsc@cooley.com
Linda F. Callison (State Bar No. 167785)
lcallison@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Plaintiff
Ronald A. Katz Technology Licensing, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF THE WEST, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE COMPANY, LLC, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE MEDICAL GROUP, INC., and PACIFICORP<br><br>Defendants. | Case No. 3:07-cv-03004 MJJ<br><br>**NOTICE OF MULTIDISTRICT LITIGATION TRANSFER** |

Plaintiff Ronald A. Katz Technology Licensing, L.P respectfully files this Notice of Multidistrict Transfer to apprise the Court of recent activity that appears to affect its jurisdiction over the above-captioned matter ("the Action").

The Action was filed on June 8, 2007 and initially assigned to the Honorable James Larson. On June 19, 2007, Plaintiff filed a Notice of Related Actions, notifying the Court of related actions that were filed at or around the same time as the Action. On July 3, 2007, a related order was entered, reassigning the Action to the Honorable Martin J. Jenkins.

1   On March 20, 2007, the Judicial Panel on Multidistrict Litigation (the "Panel") transferred 25 related actions to the Central District of California ("the MDL Action"), pursuant to 28 U.S.C. § 1407 and Rule 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. The MDL Action has been assigned to the Honorable Gary Klausner. On June 20, 2007, the Panel lodged in the Clerk's Office of the Judicial Panel on Multidistrict Litigation a conditional transfer order ("Transfer Order"), transferring the Action (and other related actions) to the Central District of California to be consolidated with the MDL Action for all pre-trial purposes. (*See* Attachment A, June 20, 2007 Conditional Transfer Order.)

Pursuant to Rule 7.4(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, as of August 7, 2007, the transfer of the Action to the Central District became effective when the Transfer Order was filed in the office of the clerk of the Central District of California. (*See* Attachment B, Docket from MDL Action.) It is Plaintiff's understanding that the Central District now has exclusive jurisdiction over the Action. *See* Federal Judicial Center, Manual for Complex Litigation § 20.131 (4th ed. 2004).

Dated: August 21, 2007

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

By: _____/s/_____
       Linda F. Callison

*Attorney for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*