# ATTACHMENT B

(FFMx), CONSOLPT, DISCOVERY, MDL

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:07-cv-04923-RGK-FFM

Ronald A Katz Technology Licensing L P et al v. Bank of The West et al
Assigned to: Judge R. Gary Klausner
Referred to: Magistrate Judge Frederick F. Mumm
Lead case: 2:07-ml-01816-RGK-FFM
Member case: (View Member Case)
Case in other court: USDC Northern District of California
                San Francisco, 3:07-cv-3004-MJJ
Cause: 35:271 Patent Infringement

Date Filed: 07/31/2007
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Ronald A Katz Technology Licensing L P**    represented by    **Linda A F Callison**
Cooley Godward Kronish
Five Palo Alto Square
3000 El Camino Real
Palo Alto,, CA 94306-2155
650-843-5357
Email: lcallisonlf@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Neal**
Cooley Godward Kronish
5 Palo Alto Square
3000 El Camino Real
Palo Alto,, CA 94306-2155
650-843-5357
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Permanente Company LLC**    represented by    **Jason A Crotty**
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482
415-268-6381
Email: jcrotty@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Bank of The West**                    represented by   **Colin T Kemp**
                                                         Pillsbury Winthrop Shaw Pittman
                                                         50 Fremont Street
                                                         P O Box 7880
                                                         San Francisco, CA 94105
                                                         415-983-1918
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jason A Crotty**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**
**Kaiser Foundation Health Plan Inc**   represented by   **Jason A Crotty**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**
**Kaiser Foundation Hospitals Inc**     represented by   **Jason A Crotty**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**
**The Permanente Federation LLC**       represented by   **Jason A Crotty**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**
**Permanente Medical Group Inc**        represented by   **Jason A Crotty**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**
**Pacificorp**                          represented by   **Helen Chae MacLeod**
                                                         Howrey
                                                         2020 Main Street, Suite 1000
                                                         Irvine, CA 92614-8200
                                                         949-721-6900
                                                         Email: macleodh@howrey.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2007 | 1 | Copy of Conditional Transfer Order received from the Judicial Panel on Multidistrict Litigation. Transfer order filed by MDL panel on 3/20/2007 regarding transfer of Case No. 3:07-cv-03004-MJJ from USDC, Northern District of California at San Francisco. Case assigned to R. Gary Klausner for the purpose of pretrial proceedings. Case consolidated with 07-ml-1816 RGK (FFMx). (jp) (Entered: 08/07/2007) |
| 07/31/2007 |  | LETTER Requesting Transfer of MDL case to this District sent to USDC, Northern District of California at San Francisco re transfer of their case number 3:07-cv-03004-MJJ for consolidation with MDL-07-1816 RGK (FFMx). (jp) (Entered: 08/07/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/21/2007 13:52:54 | | | |
| PACER Login: | cg0071 | Client Code: | 305918-207-2410 |
| Description: | Docket Report | Search Criteria: | 2:07-cv-04923-RGK-FFM |
| Billable Pages: | 2 | Cost: | 0.16 |